USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

R & M #1 DELI GROCERY CORP.,

                              Plaintiff,

-against -

UNITED STATES OF AMERICA and UNITED
STATES DEPARTMENT OF AGRICULTURE,

                              Defendants.

-----------------------------------------------------------------X

1:20-cv-01639-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On May 27, 2020, the parties filed a proposed stipulation and order. Dkt No. 22. The Court declines to enter that stipulation for two reasons. First, it fails to comply with Rule 1.F of the Court's Individual Rules of Practice in Civil Cases. Second, the parties have not provided an adequate basis for the Court to determine that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(2).

        SO ORDERED.

Dated: May 27, 2020

                                                      _____
                                                      GREGORY H. WOODS
                                                      United States District Judge